THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number:   137909
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7423
     Facsimile: (213) 894-7819
     email: Keith.Staub@usdoj.gov

Attorney for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANK E. MERRITT<br><br>   Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br><br>   Defendant. | No. EDCV 06-1135 PSG (OPx)<br><br><br>HON. PHILIP S. GUTIERREZ |

**(PROPOSED) ORDER RE: STIPULATION TO REVISE**

**STIPULATION FOR COMPROMISE SETTLEMENT.**

1  The Court having received and accepted the parties' Stipulation to Revise
2  Stipulation For Compromise Settlement, orders as follows:
3  1. The Stipulation For Compromise Settlement filed on November 28, 2007
4  shall be revised as follows:
5  "3.   The United States of America agrees to pay Plaintiff the cash
6  sum set forth below in paragraph 3 (A)(1) to purchase the annuity
7  contract described below in paragraph 3 (A)(2).
8  A.   As soon as it is practicable after the execution of
9  this Stipulation for Compromise Settlement the United States will pay
10  by wire transfer to EPS Settlements Group Settlement Trust Account
11  (at UMB Banks, 1670 Broadway, Denver, Colorado 80202, ABA #
12  **101000695**, Account No. **6971176575**), the sum of Two Hundred
13  Thousand and 00/100 Dollars ($200,000.00) (hereinafter "settlement
14  amount")..."
15  2. The only revisions to the Stipulation For Compromise are the ABA
16  routing number and bank account number which are in bold type. All terms in the
17  original Stipulation For Compromise, with the exception of the above cited
18  revision, will remain unchanged.

20  Dated: _____                    _____
21                                     HON. PHILIP S. GUTIERREZ
22                                     U.S. District Court Judge

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On March 3, 2008, I served **[Proposed] Order re: Stipulation to Revise Stipulation for Compromise Settlement** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: March 3, 2008. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

Jeffrey A. Milman
Lopez, Hodes, Restaino, Milman & Skikos
9210 Irvine Center Drive
Irvine, CA 92618

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 3, 2008 at Los Angeles, California.

　　　　　　　　　　　/s/
　　　　　　　ZENAIDA A. ROSACIA